UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHRISTINE CADY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Cause No: 4:12-CV-00186 |
| vs. | ) |
| | ) Circuit Court No. 11AB-CC00317 |
| DVA RENAL HEALTHCARE, INC. D/B/A | ) Franklin County |
| WASHINGTON SQUARE DIALYSIS, | ) |
| | ) **DEFENDANT HEREBY REQUESTS** |
| Defendant. | ) **A JURY TRIAL** |

## *NOTICE OF FILING NOTICE OF REMOVAL*

TO:   The above named plaintiff and
Mark T. Kempton, her attorney

YOU ARE HERBY NOTIFIED that defendant DVA Renal Healthcare, Inc. d/b/a Washington Square Dialysis has filed in the United States District Court for the Eastern District of Missouri, a Notice of Removal, a copy of which is attached hereto.

/s/William S. Thomas
William S. Thomas   #43229
Aahren Rodriguez DePalma   #60619
PITZER SNODGRASS, P.C.
Attorney for Defendant
100 South Fourth Street, Suite 400
St. Louis, Missouri 63102-1821
(314) 421-5545
(314) 421-3144 (Fax)
Email: thomas@pspclaw.com
Email: depalma@pspclaw.com

{00758851.DOC;1}

| | |
|---|---|
| Service of a copy of the above Notice and of the attached Notice of Removal mailed to Mr. Mark T. Kempton, Attorney for Plaintiff 114 East 5th Street, P.O. Box 815, Sedalia, Missouri 65302-0815 via certified mail this 3rd day of February 2012. | A copy of the above Notice and of the attached Notice of Removal filed in the Circuit Court of Franklin County, Missouri this 3rd day of February, 2012. |
| /s/ William S. Thomas<br>William S. Thomas<br>Attorney for Defendant | _____<br>Clerk of the Circuit Court |

2

{00758851.DOC;1}