UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHRISTINE CADY | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 4:12-CV-186 (CEJ) ) |
| DVA RENAL HEALTHCARE INC., | ) ) ) |
| Defendant. | ) |

## ORDER

IT IS HEREBY ORDERED that the Clerk of Court shall make an entry in the docket record reflecting the dismissal of this action without prejudice, in accordance with the parties' stipulation of dismissal pursuant to Fed.R. Civ. P.41(a)(1)(A)(ii).

The parties shall bear their own costs.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 22nd day of March, 2012.